**No. 11-229. David Brown, Petitioner v. Hawaii, et al.**

565 U.S. 884, 132 S. Ct. 256, 181 L. Ed. 2d 149, 2011 U.S. LEXIS 5563.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 424 Fed. Appx. 642.

**No. 11-236. James Wilbur Fondren, Jr., Petitioner v. United States.**

565 U.S. 884, 132 S. Ct. 256, 181 L. Ed. 2d 149, 2011 U.S. LEXIS 5365.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 417 Fed. Appx. 327.

**No. 11-237. Mark Anthony Lujan, Petitioner v. Texas.**

565 U.S. 884, 132 S. Ct. 256, 181 L. Ed. 2d 149, 2011 U.S. LEXIS 6222.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Eighth District, denied.

Same case below, 419 S.W.3d 407.

**No. 11-239. Milton Samuels, Petitioner v. United States.**

565 U.S. 884, 132 S. Ct. 256, 181 L. Ed. 2d 149, 2011 U.S. LEXIS 5466.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 419 Fed. Appx. 27.

**No. 11-250. Rollie Mitchell, Petitioner v. United States.**

565 U.S. 885, 132 S. Ct. 257, 181 L. Ed. 2d 149, 2011 U.S. LEXIS 5858.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 635 F.3d 990.

**No. 11-5003. William Leesean Wade, Petitioner v. United States.**

565 U.S. 885, 132 S. Ct. 257, 181 L. Ed. 2d 149, 2011 U.S. LEXIS 5271.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 419 Fed. Appx. 538.

**No. 11-5004. Kevyn K. Taylor, Petitioner v. United States.**

565 U.S. 885, 132 S. Ct. 257, 181 L. Ed. 2d 149, 2011 U.S. LEXIS 5767.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 637 F.3d 812.